AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Timothy James Ireland, Jr.<br><br>Defendant(s) | )<br>)<br>) Case No.<br>)     3:19MJ5287<br>)<br>)<br>) |

**FILED**
11:06 am Aug 09 2019
Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 22, 2019 - August 8, 2019__ in the county of __Lucas__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |
| 18 U.S.C. 922(g)(1) | Fugitive in Possession of a Firearm |
| 18 U.S.C. 875(c) | Interstate Communications |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Lawrence Anyaso, US Capitol Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/09/2019

*Judge's signature*

City and state: Toledo, Ohio

James R. Knepp, II United States Magistrate Judge
*Printed name and title*