### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **V.** | **Mag. No. 3:19MJ5287** |
| **TIMOTHY JAMES IRELAND JR.** | |
| **Defendant** | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Lawrence Anyaso, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the United States Capitol Police (the "USCP"), where I have served since June 13, 2003.   I am currently assigned to the USCP Investigations Division, Threat Assessment Section. I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques, including but not limited to the following:  the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia; FBI Hostage Negotiator training; the USCP three-week Crime Scene Investigation course; and completed the two week FLETC Internet Investigation Training program (IITP). The IITP course provided me with training in conducting investigations into On-line crimes which include the use of undercover computers, email accounts, and provided forensic tools used to examine electronic devices for evidence.  In the course of my employment as a Special Agent with the USCP, I have received training regarding the application for and execution of both search and arrest warrants.  In my current assignment, I have participated in and conducted

numerous investigations involving illegal activity including threats to government officials and violations of 18 U.S.C. § 922 (Unlawful acts involving Firearms).

2.     I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by the law to conduct investigations of, and to make arrests for, offences enumerated in Title 18, United States Code, Section 2516

3.     This affidavit is made in support of an application for a criminal  complaint and arrest warrant for Timothy James Ireland Jr. (hereinafter, IRELAND) for being a convicted felon in possession of ammunition and a fugitive in possession of ammunition, in violation of Title 18 U.S.C. § 922(g)(1), 18 U.S.C. § 922(g)(2), and Title 18 U.S.C. § 875(c).

4.     The facts and information contained in this affidavit are based upon my training and experience, participation in threats investigations, personal knowledge, and observations during the course of this investigation, as well as the observations of other agents involved in this investigation.  All observations not personally made by me were related to me by the individuals who made them or were conveyed to me by my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit contains information necessary to support probable cause and is not intended to include each and every fact and matter observed by me or known to the Government.

## RELEVANT STATUTES

5.    Section 922(g)(1) of Title 18 of the United States Code states that:

    a.  It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce, shall be fined under this title or imprisoned for not more than 10 years or both.

Section 922(g) (2) of Title 18 of the United States Code states:

    b.  It shall be unlawful for any person who is a fugitive from justice, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce, shall be fined under this title or imprisoned for not more than 10 years or both.

Section 875(c) of Title 18 of the United States Code states that:

    c.  Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both.

## PROBABLE CAUSE

1.      On July 23, 2019, USCP received a report from a private citizen who wanted to report what he described as threatening statements that were posted on the social media site "Facebook".   The private citizen reported that the statements he perceived as threatening were directed at a United States Congresswoman. The United States Congresswoman is identified as Congresswoman Alexandria Ocasio-Cortez.

2.      The private citizen provided USCP with a screen shot of the Facebook post which included the following statement:

  a.   "She should be shot. Can't fire me, my employer would load the gun for me."

3.      The above statement was linked to a news story regarding Congresswoman Alexandria Ocasio-Cortez.

4.      A review of the Facebook screen shot that was provided revealed that the Facebook post was made by a Facebook page titled:  "Tim Ireland" which has the unique Facebook identification number: 100007146918702. The screen shot also included an image of the profile page for the Facebook page, "Tim Ireland" which listed the user as living in Toledo, Ohio.

5.      I conducted a query of the public website ACCURINT for the name Timothy Ireland in Toledo, Ohio. The search revealed the following information:

  a.   Name: Timothy James Ireland Jr

  b.   Date of birth: XXXX XX, 1977

  c.   Social Security Number: XXX-XX-9811

6.      A FBI criminal history check was conducted of IRELAND which revealed that IRELAND has two outstanding warrants. One warrant is a Felony Failure to appear no bond warrant, in Sarasota County, Florida, related to a violation of probation in a Felony case.  The second warrant is a misdemeanor failure to appear bench warrant related to a possession of marijuana charge in Cook County, Georgia.

7.      I contacted the Sarasota County Sheriff's office in Florida and the Cook County Sheriff's office in Georgia to confirm the status of each warrant. Each agency confirmed that the warrants were still active.

8.      Further review of IRELAND'S criminal history revealed that he was convicted on October 28, 1996 of four (4) felony counts of dealing in stolen property in the Sarasota County Circuit Court in Florida.  I obtained a copy of the IRELANDS felony conviction from the Sarasota County Court Clerk's office.

9.      On August 8, 2019, I was notified by agents with the Bureau of Alcohol Tobacco and Firearms (ATF) that IRELAND'S outstanding warrant from Sarasota County Florida was now fully extraditable.

10.     A review of the Florida State statute for dealing in stolen property (812.019) revealed that the maximum penalty for each count is up to fifteen years in prison.

11.     On August 2, 2019, I conducted a telephonic interview of IRELAND by contacting him at the phone number 419-787-7673 which was revealed in public records and Ohio motor vehicle records.

12.     IRELAND answered the phone and acknowledge that he was Timothy Ireland. I then identified myself as law enforcement and explained the purpose of the phone call.

13.     I asked IRELAND if he made the statements on Facebook that were reported to USCP and IRELAND admitted he did make the statements. Specially, IRELAND stated he was very proud of that post he made.

14.     During the telephone interview, IRELAND was asked if he owned firearms. IRELAND at first replied that he was not at liberty to say but later in the interview admitted to having firearms. IRELAND stated the following:

    a.  He always carries his guns concealed.

    b.  He goes hunting and has guns for sport.

    c.  Everyone that he knows has guns.

**Search Warrant of IRELAND'S residence located at 234 Kosciusko St. Toledo, Ohio**

15.     On August 8, 2019, USCP and ATF agents executed a federally authorized search warrant of IRELAND'S residence located at 234 Kosciusko St. Toledo, Ohio. The warrant was signed by the Honorable James R. Knepp II, United States Magistrate Judge in the Northern District of Ohio.

16.     At the time the warrant was executed, the agents located IRELAND at the residence and detained him in reference to his outstanding warrants.

17.     While at IRELAND'S residence, I advised IRELAND of his Miranda rights and he agreed to answer questions.

18.     I asked IRELAND who lives at the residence and he stated that he lives at the residence by himself and rents the house.

19.     I also asked IRELAND if he had any firearms or ammunition in the residence and he stated that he does not have a gun in the house but admitted that there is ammunition in the house that he brought with him when he moved in the house.

20.     During the execution of the search warrant of IRELAND'S residence, agents located a total of seven (7) rounds of ammunition inside of two drawers inside the kitchen. Specifically, three (3) rounds of thirty-two (.32) caliber ammunition and four (4) rounds of forty-five (.45) caliber ammunition.

21.     All seven (7) rounds of ammunition were seized as evidence.

22.     Your affiant knows that a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), trained in the identification and origination of firearms and ammunition, has examined the recovered items and found that they are, in fact, ammunition as defined by 18 USC 921(a)(17)(A).  Your affiant has also been advised by the agent that the ammunition was manufactured outside the state of Ohio.


(Intentionally Left Blank)

## **CONCLUSION**

23.     Based on upon the foregoing, Your Affiant submits there is probable cause

to believe that on or about August 8, 2019, IRELAND did possess firearm ammunition, in

violation of Title 18, U.S.C, § 922(g)(1), 18 U.S.C § 922(g)(2), and 18 U.S.C. 875(c).

Respectfully submitted

_____

Lawrence Anyaso
Special Agent
United States Capitol Police

Subscribed and sworn to before me on August 9, 2019:

_____

JAMES R. KNEPP, II
UNITED STATES MAGISTRATE JUDGE
FOR THE NORTHERN DISTRICT OF OHIO