FILED
AUG 09 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:19mj5287 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JAMES R. KNEPP, II |
| TIMOTHY JAMES RELAND, JR | ) | |
| | ) | WAIVER OF DETENTION HEARING |
| Defendant. | ) | AND ORDER |
| | ) | |

TIMOTHY JAMES RELAND, JR, the above named defendant, accused of having violated 18:2422(b)(1), 18:875(c) advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

_____
James R. Knepp, II
United States Magistrate Judge